UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RH SMITH DISTRIBUTING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendant. | NO. CV-13-3033-SAB <br><br> ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL |

Before the Court is the parties' Stipulation of Dismissal, ECF No. 28. The parties indicate they have reached a settlement in this matter and ask that all claims and counterclaims be dismissed with prejudice and without costs or attorney's fees to any party.

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, ECF No. 28, is **GRANTED**.

2. The above-captioned case is **dismissed**, with prejudice, and without attorney's fees and costs to any party.

///
///
///
///

ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL ~ 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 11th day of June, 2014.

<u>s/Stanley A. Bastian</u>
STANLEY A. BASTIAN
United States District Judge

Q:\SAB\Civil\2013\RH Smith Distributing\dismiss.doc

ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL ~ 2